Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  16–31076–VFP
          Chapter:  7
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darren Antola
   C47 Woodside rd.
   Roselle Park, NJ 07204

Social Security No.:
   xxx–xx–0124

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jay L. Lubetkin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 8, 2017</u>          <u>Vincent F. Papalia</u>
                                          Judge, United States Bankruptcy Court